UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.    CR23-167 JHC |
| Plaintiff, | |
| v. | INFORMATION (Felony) |
| LOREASA JOSEPH MISIPATI, | |
| Defendant. | |

The United States Attorney charges that:

## COUNT 1

**(Possession of Controlled Substance with Intent to Distribute)**

On or about April 6, 2022, in King County, within the Western District of Washington, LOREASA JOSEPH MISIPATI did knowingly and intentionally possess, with intent to distribute, a controlled substance, that is, methamphetamine, a substance controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 2

### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about April 6, 2022, in King County, within the Western District of Washington, LOREASA JOSEPH MISIPATI knowingly possessed a firearm, that is, a Glock 9mm semiautomatic pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, *Possession of Controlled Substance with Intent to Distribute,* as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

DATED this ⎯18th⎯ day of October, 2023.

*Sarah G. Vogel, for*
TESSA M. GORMAN
Acting United States Attorney

TODD GREENBERG
Assistant United States Attorney

Information - 2
*United States v. Misipati*
USAO# 2023R01104

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970