UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOREASA JOSEPH MISIPATI,<br><br>Defendant. | NO. CR23-167 JHC<br><br>SUPERSEDING INFORMATION |

The United States charges that:

## COUNT 1
### (Possession of Controlled Substance with Intent to Distribute)

On or about April 6, 2022, in King County, within the Western District of Washington, LOREASA JOSEPH MISIPATI did knowingly and intentionally possess, with intent to distribute, a controlled substance, that is, methamphetamine, a substance controlled under Title 21, United States Code.

It is further alleged that the offense involved 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

Superseding Information - 1
*United States v. Misipati*, CR23-167 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED this ___8th___ day of June, 2026.

SARAH Y. VOGEL
Criminal Chief Assistant U.S. Attorney

TODD GREENBERG
Assistant United States Attorney

Superseding Information - 2
*United States v. Misipati*, CR23-167 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970